**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                         **PLAINTIFF**

**VS.**                         **NO. 4:14CR00036-SWW**

**FRANK R. TRUDE**                                       **DEFENDANT**

## ORDER

On February 25, 2014, this case was called for plea and arraignment hearing before Magistrate Judge Beth Deere. Assistant United States Attorney Chris Givens and Assistant Federal Public Defender Kim Driggers were present. Mr. Givens moved to dismiss the Information filed in this case.

The Government's oral motion is granted, and this case is dismissed, this 27th day of February, 2014.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE